IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SURFRIDER FOUNDATION, AND PACIFIC ENVIRONMENT,<br><br>　　Plaintiffs,<br><br>　v.<br><br>LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency; the ENVIRONMENTAL PROTECTION AGENCY; ROBERT J. PAPP, in his official capacity as Commander of the United States Coast Guard; and the UNITED STATES COAST GUARD,<br><br>　　Defendants.<br>　　　　　　　　　　　　　　　　　　　/ | No. C 12-01920 WHA<br><br>**ORDER RE REQUEST FOR CONTINUANCE** |

　　The parties have filed another stipulation and request for continuance of the summary judgment briefing schedule, stating that they have reached a tentative agreement that has been memorialized in a written settlement agreement. The parties request the additional time in order to secure approval of the settlement from their respective clients. The Court will consider granting the continuance only after receiving a written representation that this will be the last request for a continuance and that counsel reasonably expects the settlement to be done and completed before June 3, 2013.

　　**IT IS SO ORDERED.**

Dated: May 2, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE